UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-MJ-4531-REID

United States of America
        Plaintiff,

v.                              Charging District's Case No. 24-13291

Leonardo Ayala,
        Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the **District of New Jersey**, an Indictment was filed against the above-named defendant on a charge of **D NJ/WARRANT/COMPLAINT/Money Laundering Conspiracy**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lisette Marie Reid at Miami, Florida, which officially committed the defendant for removal to the **District of New Jersey**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lisette Marie Reid for removal and posted bail in the amount of $ _100,000 PSB_____ which was approved by the United States Magistrate Judge Lisette Marie Reid, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 12/10/2024.

                                                  _____
                                                  Lisette Marie Reid
                                                  United States Magistrate Judge